JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEACHBODY, LLC, | Case No. CV 17-2067 FMO (AFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JADEE INVESTMENTS CORPORATION, <u>et al.</u>, | |
| Defendants. | |

Pursuant to the Court's Order Re: Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that:

1. Judgment is hereby entered in favor of plaintiff Beachbody, LLC and against defendants Jadee Investments Corporation, William Lee and Kay Cleveland on plaintiff's claims for copyright and trademark infringement.

2. Plaintiff shall recover against defendants Jadee Investments Corporation, William Lee and Kayo Cleveland, jointly and severally, in the amount of $93,183.01 consisting of $30,000 in statutory copyright damages, $58,060.59 in trebled trademark damages, and $5,122.42 in attorney's fees.

3. Plaintiff's remaining claims are **dismissed without prejudice**.

4. Defendants Jadee Investments Corporation, William Lee and Kayo Cleveland, and their owners, officers, directors, employees, agents, and representatives, are enjoined and restrained from:

        a. copying, manufacturing, importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise makes any use of plaintiff's P90X®, TURBO JAM®, HIP HOP ABS®, INSANITY®, BRAZIL BUTT LIFT®, P90X2®, BODY BEAST®, FOCUS T25®, P90X3®, and 22 MINUTE HARD CORPS® trademarks and copyrights;

        b. engaging in any acts of federal and/or state trademark infringement, copyright infringement, false designation of origin, unfair competition, dilution, or other act which would tend to damage or injure plaintiff; and

        c. using any internet domain name or website that includes any of the following trademarks and/or copyrights: P90X®, TURBO JAM®, HIP HOP ABS®, INSANITY®, BRAZIL BUTT LIFT®, P90X2®, BODY BEAST®, FOCUS T25®, P90X3®, and 22 MINUTE HARD CORPS®.

    5. Within thirty (30) days of receipt of this Judgment, defendants shall turn over and deposit with the plaintiff's counsel all existing products in their possession, custody, or control that bears plaintiff's registered marks. Any products turned over to plaintiff's counsel by defendants may be destroyed and/or disposed of in such a manner as plaintiff deems appropriate.

Dated this 18th day of October, 2017.

/s/
Fernando M. Olguin
United States District Judge